1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Fax: (916) 554- 2900
5  DONNA M. MONTANO
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone: (415) 977-8943
   Facsimile: (415) 744-0134
8
   Attorneys for Defendant
9
                IN THE UNITED STATES DISTRICT COURT FOR THE
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                          SACRAMENTO DIVISION
12

13  CONNIE PARRISH-GRANDJEAN,      )      2:06-CV-1655 KJM
                                   )
14                   Plaintiff,    )      STIPULATION AND PROPOSED
                                   )      ORDER TO EXTEND TIME
15              v.                 )
                                   )
16  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
17  Security,                      )
                                   )
18                   Defendant.    )
    _____)
19

20       The parties, through their respective counsel, stipulate that

21  the time for Defendant to respond to Plaintiff's motion for summary

22  judgment be extended from February 13, 2007 to March 20, 2007.   All

23  other dates in the Courts Scheduling Order are extended accordingly.

24       This is Defendant's first request for an extension of time to

25  respond to Plaintiff's motion.  Defendant requests the additional

26  time due to the undersigned Special Assistant United States

27

28                                   1

Attorney's prior illness and absence from the office resulting in a workload backlog and scheduling conflict with her cases.

Respectfully submitted,

/s/ *Rick Peasley, Esq.*

Dated:2/07/07

_____
Rick Peasley, Esq.
Attorney for Plaintiff

Dated:2/7/07

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

/s/ *Donna Montano*

_____
Donna M. Montano
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated:   February 13, 2007.

_____
U.S. MAGISTRATE JUDGE

2