McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DENNIS J. HANNA
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| CONNIE PARRISH-GRANDJEAN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:06-CV-1655 KJM<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, this case will be assigned to a different Administrative Law Judge ("ALJ"), who will be directed to comply with the Appeals Council's previous remand order of August 2, 2005. The ALJ will **(1)** re-contact Plaintiff's treating and examining sources as necessary and address all medical

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

opinions in accordance with the regulations; **(2)** obtain another orthopedic consultative examination and provide the examiner with the updated treating source records of Dr. Peter Van Houten; **(3)** re-evaluate the credibility of Plaintiff's subjective complaints pursuant to the regulations and Social Security Ruling ("SSR") 96-7p; **(4)** re-evaluate the third-party testimony of Plaintiff's daughter and daughter-in-law pursuant to the regulations and SSR 06-03p; **(5)** reassess Plaintiff's residual functional capacity ("RFC"); and **(6)** obtain supplemental vocational expert ("VE") testimony in order to clarify the effects of the assessed limitations on Plaintiff's occupational base by presenting hypothetical questions to the VE that are consistent with the RFC finding.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Respectfully submitted,

Dated: *March 15, 2007*    */s/ Rick Peasley*
*(As authorized via facsimile)*
RICK PEASLEY
Attorney for Plaintiff

Dated: *March 15, 2007*    McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Dennis J. Hanna*
DENNIS J. HANNA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 19, 2007.

U.S. MAGISTRATE JUDGE